EDWARD M. ROBBINS, JR., ESQ.
CA State Bar No. 82696
HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, CA 90212
Phone: (310) 281-3247
Fax:    (310) 859-5129
Robbins@taxlitigator.com
**Attorney for Defendant**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               **Plaintiff,**<br><br>v.<br><br>TUVIA MILSZTEIN aka<br>ADAM MILSTEIN,<br><br>               **Defendant.** | **Case No. CR 08-01122**<br><br>**STIPULATION CONTINUING DATE FOR SENTENCING** |

IT IS HEREBY STIPULATED BETWEEN THE PARTIES, through their respective counsel of record, that the Sentencing set for April 15, 2009 at 10:00 AM before Judge John F. Walter may be advanced to April 14, 2009 at 1:00 PM at the same place.

/ / /

The Court's order hereon is sought because when defendant agreed to the April 15 date, he forgot that April 15 was Passover.

IT IS SO STIPULATED

DATED: April 7, 2009                    Respectfully submitted,


/s/ Edward M. Robbins, Jr.
EDWARD M. ROBBINS, JR.
Counsel for the Defendant

DATED: April 7, 2009                    THOMAS P. O'BRIEN
United States Attorney


/s/ Stephen Goorvitch
STEPHEN GOORVITCH
Assistant United States Attorney
Counsel for the Plaintiff

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9150 Wilshire Boulevard, Suite 300, Beverly Hills, California 90212.

On April 7, 2009, I served the foregoing document described as STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR SENTENCING on the interested parties in this action by placing the true copies of the original thereof enclosed in a sealed envelope addressed as follows:

Daniel J. O'Brien
Assistant United States Attorney
United States Attorney's Office
312 N. Spring Street
Los Angeles, CA 90012

I placed such envelope with postage thereon fully prepaid in the United States mail at Beverly Hills, California.

Executed on April 7, 2009, at Beverly Hills, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Valerie P. Bishop*
VALERIE P. BISHOP

287476.1